IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL CASE NO 1:12-CR-86 |
| | § | |
| JOSEPH SCOTT SWORD | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT'S COMPETENCY TO STAND TRIAL**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent pursuant to 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court **ORDERS** that the report and recommendation on defendant's competency to stand trial [doc. #21] is **ADOPTED.** The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation, the examiner's report, and the parties' agreement, defendant, Joseph Scott Sword, is competent to proceed pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from August 6, 2012, the date of Judge Giblin's order directing a mental examination [doc. #16], through the date of this order.

So ORDERED December 9, 2012

_____

Ron Clark